

### State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF CRIMINAL JUSTICE<br>PO BOX 085<br>TRENTON, NJ 08625-0085<br>TELEPHONE: (609) 984-6500 | GURBIR S. GREWAL<br>*Attorney General*<br><br>VERONICA ALLENDE<br>*Director* |

May 11, 2018

The Honorable Michael Monahan
Acting Union County Prosecutor
32 Rahway Avenue
Elizabeth, New Jersey 07202-2115

      Re:  <u>Caleb Lawrence McGillvary v. State of New Jersey</u>
           Civil Action No. 17-10215(MCA)

Dear Prosecutor Monahan:

    Enclosed please find a Petition for Writ of Habeas Corpus. We are forwarding this to you as the issues are matters routinely handled by your office.

    By copy of this letter, we are requesting the United States District Court remove our office from receiving further electronic notifications in this matter. Thank you.

                            Very truly yours,

                            Daniel I. Bornstein, DAG
                            Chief, Appellate Bureau

DIB/as
enclosure
c: William T. Walsh, Clerk, United States District Court(w/o encl.)


